COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: SWIFT TRANSPORTATION COMPANY, INC., | § | No. 08-09-00254-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Swift Transportation Company, Inc., asks this Court to issue a writ of mandamus against the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso County. Relator has also requested temporary relief. To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate he has no adequate remedy by appeal. *Id*. at 136. Based on the record before us, we are unable to conclude that Relator is entitled to mandamus relief. Accordingly, we deny mandamus relief. *See* TEX.R.APP.P. 52.8(a). Further, we deny the request for temporary relief. *See* TEX.R.APP.P. 52.10.

GUADALUPE RIVERA, Justice

September 30, 2009

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating